# COVID-19 COURTROOM ETIQUETTE REMINDERS

1. Keep masks on unless speaking for the record.

2. Maintain social distancing of at least 6 feet.

3. Remind your witnesses of the Restrictions to Courthouse Visitors Order on the Court's website (3:20-mc-00175-RBH), as well as the Order Regarding the Use of Face Coverings and Masks (3:20-mc-00176-RBH). For jury trials in which the gallery is used for jury seating, have your witness remain outside of the courtroom in the hallway, lobby, or waiting area sufficient to socially distance.

4. Remain at Counsel Table when:
    a. Questioning Witnesses, unless using "ELMO" (the Court's Electronic Evidence Presenter)
    b. Making Arguments to the Court
    c. During Opening Statements/Closing Arguments

5. For Evidence/Exhibit Presentation to Witnesses/Jurors/Court:
    a. Use the ELMO as much as possible.
    b. Consider having multiple copies to avoid passing around exhibits.
    c. When necessary to exchange exhibits, use the gloves provided.
    d. If it is still necessary to hand an exhibit to a witness, use gloves provided, place exhibit at a location six feet from witness, return to counsel table, and allow the witness to retrieve the exhibit; OR if a plexiglass partition is used in front of a witness, slide the document under the plexiglass opening, and then return to counsel table before examination of the witness.
    e. Use the hand sanitizer provided.

6. In jury trials, expect possible relocation of juror seating in the gallery and possible relocation of witness seating in the jury box. Sidebars should be kept to a minimum to avoid moving to another room or adjacent courtroom with adequate spacing. If you expect an issue, raise it prior to the jury reporting. Jury deliberations or breaks will not take place in the jury room due to inadequate distancing space but will occur in another location. Counsel should help minimize the need for movement of them or yourselves and the Court. If a jury is seated in the gallery, counsel may rearrange their chairs as needed, provided at least 6 feet of distance is maintained.

7. If necessary, when the gallery is used by a jury, a video/audio feed will be sent to another room for spectators/media.

8. At the end of your hearing or day, wipe down your table with the cleaning tissues provided and replace the microphone covers.

**THANK YOU!**