**UNITES STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| PRECISION AIR, INC., <br>     Plaintiff, <br><br> vs. <br><br> THEIA GROUP INC. and KMR AVIATION SERVICES, INC., <br>     Defendants. | C.A. No. 4:21-cv-2446-RBH <br><br> **AFFIDAVIT OF DEFAULT <br> AS TO DEFENDANT THEIA GROUP INC.** |

**PERSONALLY** appeared before me Alice W. Parham Casey, who being duly sworn, says that she is an attorney for the Plaintiff in the above-entitled action; that Defendant Theia Group Inc. ("TGI"), was duly served with the Summons and Complaint on August 5, 2021, as stated in the Affidavit of Service, a copy of which is attached hereto and incorporated herein by reference; that TGI's deadline to file and serve an answer or responsive pleading was originally August 26, 2021; that Plaintiff agreed to a twenty-one (21) day extension ending on September 16, 2021, as evidenced in an email correspondence between counsel, a copy of which is attached hereto and incorporated herein by reference, and no answer or responsive pleading has been served upon the Plaintiff or its attorneys by or on behalf of Defendant Theia Group Inc.; that Defendant is not a minor, incompetent person or in the military; and that said Defendant is now in default.

**FURTHER AFFIANT SAITH NOT.**

*/s/ Alice Parham Casey*
Alice W. Parham Casey (Fed. I.D. #9431)
Attorney for Plaintiff

2

SWORN to before me this
17th day of September, 2021.

_Michelle R. Principato_
Notary Public for South Carolina
My Commission expires: 2/11/2030

2