**From:** James Hickey <jhickey@tgi-hq.com>
**Date:** August 25, 2021 at 12:36:26 PM EDT
**To:** Tally Parham Casey <tcasey@wyche.com>
**Subject:** RE: [External] RE: Precision Air Inc v. Theia Group Inc et al

Tally,

Thanks for your professional courtesy.

Much appreciated.

Best,

Jim

**From:** Tally Parham Casey <tcasey@wyche.com>
**Sent:** Wednesday, August 25, 2021 12:11 PM
**To:** James Hickey <jhickey@tgi-hq.com>
**Cc:** Tally Parham Casey <tcasey@wyche.com>
**Subject:** [External] RE: Precision Air Inc v. Theia Group Inc et al

Dear Jim,

I did not realize you worked for TGI.  When TGI secures counsel to represent you in this matter, please have them contact me.

Pursuant to our conversation yesterday, my client is willing to provide TGI a 21-day extension until September 16, 2021, to respond to the complaint.  Pursuant to Local Civil Rule 12.01, a party may only grant one extension to any pleading not to exceed the lesser of 21 days or the number of days within which the response was originally due.

Sincerely,

Tally



**Tally Parham Casey | Wyche**
Chair and CEO
807 Gervais St., Suite 301 | Columbia, SC 29201
Phone: (803) 254-6542 | Fax: (803) 254-6544
tcasey@wyche.com | www.wyche.com/tparham | vCard

A **Lex Mundi** **Member Firm**

---------------------------------------------------
This e-mail may contain privileged or confidential information.
If the e-mail was not intended for you, please:
(i) delete the e-mails and any attachments
(ii) destroy any copies that may have been made

(iii) do not use, copy or distribute the contents in any form
(iv) notify the sender by return e-mail or call.
No privilege is waived by inadvertent transmission.
Thank you.
-----------------------------------------------------

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.