AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Precision Air Inc, ) | |
| ) | |
| Plaintiff, ) | **CA: 4:21-cv-02446-RBH** |
| ) | |
| v. ) | |
| ) | |
| Theia Group Inc; KMR Aviation Services Inc, ) | |
| ) | |
| Defendants, | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Default judgment is entered for Plaintiff, Precision Air Inc, against Defendants Theia Group Inc and KMR Aviation Services Inc in the amount of three hundred thirty-five thousand, seven hundred thirty-three and 07/100 ($335,733.07 ) Dollars, plus post-judgment interest at the rate of .11%.

This action was *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.
❒ tried by Judge_____without a jury and the above decision was reached.
✔ decided pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

Robin L. Blume
CLERK OF COURT

By: s/Heather Ciccolella, Deputy Clerk

October 19, 2021