**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| PRECISION AIR, INC., | C.A. No. 4:21-cv-2446 RBH |
| Plaintiff, | |
| v. | |
| THEIA GROUP, INC. and KMR AVIATION SERVICES, INC., | |
| Defendant. | |

**NOTICE OF EXTENSION OF RECEIVERSHIP STAY THROUGH OCTOBER 15, 2022**

**PLEASE TAKE NOTICE** that on November 8, 2021, the Southern District of New York (the "Receivership Court") entered an *Order Appointing Michael Fuqua as Receiver* (Doc. No. 117) (the "Receivership Order") in the case styled *FCR Advisors, LLC v. Theia Group, Inc., d/b/a "Thorian Group" and/or "Cypherian"; Theia Aviation, LLC; and Theia Holdings A, Inc., d/b/a "Thorian Holdings,"* C.A. No. 1:21-cv-6995 (PKC) (the "Receivership Case"). A true and correct copy of the Receivership Order is attached as **Exhibit A** and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Receivership Order, the Receivership Court stayed (the "Receivership Stay") any "action, proceeding, lawsuit or bankruptcy case against the Receivership Entities[1] or impacting the property and assets subject to this [Receivership] Order, including an action, proceeding or lawsuit heretofore commenced, without having first obtained leave of" the Receivership Court, for a period of 120 days following entry of the Receivership Order. Receivership Order, at ¶ 4. In addition, "[n]o person or entity, including any creditor or claimant against any of the Receivership Entities, or any person acting

---

[1] The term "Receivership Entities" is defined the Receivership Order as, collectively, Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. *See* Receivership Order, at ¶ 1.

on behalf of such creditor or claimant, shall take any action to interfere with the taking control, possession, or management of the assets" of the Receivership Entities.  *Id.*, at ¶ 5.

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2022, the Receivership Court entered an *Order* (Doc. No. 270) (the "Stay Extension Order") in the Receivership Case, pursuant to which the Receivership Court further extended the Receivership Stay through and including October 15, 2022.  A true and correct copy of the Stay Extension Order is attached as **Exhibit B** and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that one or more of the Receivership Entities is a named defendant in the above-captioned action.  Accordingly, the Receiver respectfully submits that this action has been stayed by the Receivership Order and the Stay Extension Order until at least **October 15, 2022** (pending further order of the Receivership Court).

Dated: August 24, 2022

NELSON MULLINS RILEY
& SCARBOROUGH LLP

*/s/ Jody A. Bedenbaugh*
Jody A. Bedenbaugh
Federal Bar No. 9210
E-Mail: jody.bedenbaugh@nelsonmullins.com
1320 Main Street, 17th Floor
Post Office Box 11070 (29211)
Columbia, S.C.  29201
(803) 799-2000

*Counsel for Michael Fuqua, in his*
*capacity as Receiver of Theia Group, Inc.,*
*Theia Aviation LLC, and Theia Holdings A, Inc.*

OF COUNSEL:

Kurt F. Gwynne, Esq.
Jason D. Angelo, Esq.
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail:  jangelo@reedsmith.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jody A. Bedenbaugh, hereby certify that on this 24th day of August, 2022, I caused a true and correct copy of the *Notice of Extension of Receivership Stay Through October 15, 2022* to be filed via CM/ECF, thereby providing notice of such filing to all registered participants. I further certify that I caused copies of the foregoing document to be served on the following counsel of record via e-mail:

Alice W. Parham Casey, Esq.
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, SC 29201
Tel: (803) 254-6542
Fax: (803) 254-6544
E-mail: tcasey@wyche.com

- and -

James E. Cox, Jr., Esq.
WYCHE, P.A.
200 E Camperdown Way
P.O. Box 728
Greenville, SC 29601
Tel: (864) 242-8212
E-mail: jcox@wyche.com


*Counsel to Plaintiff Precision Air, Inc.*

Douglas Proxmire, Esq.
Carly M. Celestino, Esq.
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Tel: (703) 905-1459
Fax: (703) 821-8949
E-mail: dcproxmire@venable.com
           cmcelestino@venable.com

*Counsel to Plaintiff Precision Air, Inc.*


Dated: August 24, 2022                NELSON MULLINS RILEY
                                      & SCARBOROUGH LLP

                    By:      */s/Jody A. Bedenbaugh*
                             Jody A. Bedenbaugh
                             Federal Bar No. 9210
                             E-Mail: jody.bedenbaugh@nelsonmullins.com
                             1320 Main Street, 17th Floor
                             Post Office Box 11070 (29211)
                             Columbia, SC 29201
                             (803) 799-2000

                             *Counsel for Michael Fuqua, in His Capacity as*
                             *Receiver of Theia Group, Inc.,*
                             *Theia Aviation LLC, and Theia Holdings A, Inc.*